In the Matter of the Claim of RICHARD H. BENNETT, Respondent, v. PIERCE INDUSTRIES, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— *Per Curiam.*

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum *Per Curiam*.